Charles Ackner, Appellant, v. Edward Schreck, Respondent.—Judgment reversed and order setting aside verdict modified so as to grant a new trial, and as so modified affirmed, without costs, on the ground that the evidence presents a case for the consideration of the jury. All concurred.

Bank of Buffalo, Respondent, v. Adolph E. Wuppermann and Others, Defendants, Impleaded with Drurie S. Sanford, Appellant.— Order reversed and default opened on condition that the defendant Sanford, within twenty days from the entry of this order, pay all costs in the action to date; otherwise, order affirmed, with ten dollars costs and disbursements. Judgment to stand as security. All concurred.

Anthony Bruno, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.—Judgment and order unanimously affirmed, with costs.

Frederick X. Bowman and Joseph Bowman, Doing Business under the Firm Name and Style of Bowman Sales Company, Appellants, v. Remington Motor Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the complaint does not state a cause of action. All concurred, except Kellogg, P. J., who dissented.

Nancy Emeline Bennett, Appellant, v. Lulu L. Williams, Individually and as Administratrix with the Will Annexed of the Estate of Sarah Amanda Howe, Deceased, and Others, Respondents.—Judgment unanimously affirmed, with costs to each defendant separately answering, on the authority of Lockwood v. Mildeberger (159 N. Y. 181).

Willard Baker and Charles Baker, Respondents, v. Hannah King, Appellant.— Judgment and order unanimously affirmed, with costs.

The City of New York, Appellant, v. F. J. R. Clarke, as Sole Executor, etc., of John J. Linson, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., who dissented; Cochrane, J., not sitting.

Josephine Decker, Appellant, v. Nelson Bassett, Respondent.—Judgment unanimously affirmed, with costs.

Frederick H. Diedrich, Jr., Respondent, v. United Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs.

William Gilroy, Respondent, v. Abraham Sherman, Appellant.— Judgment and order unanimously affirmed, with costs.

Alice Giroux, Infant, by Emile Giroux, Guardian, Respondent, v. Arthur Couture, Appellant.--- Judgment and order unanimously affirmed with costs.

John J. Graham, Appellant, v. Howard A. Graham, Respondent, Sued with Emmett D. Graham and Others.— Judgment unanimously affirmed, with costs.